Bruno, Appellant, *v.* Trans-Mix Company, Inc.

Submitted March 18, 1974. *John J. Segata, Jr.,* for appellant; *Henry R. Newton,* and *Gross, Herster & Newton,* for appellee.

Judgment affirmed.